IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM M. HOWELL          :

VS.                        :          CV203-41

JAMES PROCTOR, Captain     :

**O R D E R**

The judgment of this Court in the above-styled action having been vacated and remanded by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit is made the Judgment of this Court.

SO ORDERED, this 15th day of July, 2005.

JAMES E. GRAHAM, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA