# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG 23 P 3: 33

WILLIAM MADISON HOWELL
_____
Plaintiff

v.

CAPT. JAMES PROCTOR
_____
Defendant

Case No. CV203-041

Appearing on behalf of

DEFENDANT, CAPT. JAMES PROCTOR
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23rd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE
MAG JSTRTE

***

| | |
|---|---|
| NAME OF PETITIONER: | KINDU A. WALKER |
| Business Address: | SWIFT, CURRIE, McGHEE & HIERS, LLP |
| | Firm/Business Name |
| | 1355 Peachtree Street, N.E. - Ste. 300 |
| | Street Address |
| | Atlanta, GA 30309 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2        City, State, Zip |
| | 404-874-8800           732284 |
| | Telephone Number (w/ area code)  Georgia Bar Number |

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

CHRISTOPHER BALCH

WILLIAM MADISON HOWELL LEE
ARRENDALE STATE PRISON
P.O. BOX 709  ALTO, GA.

KINDU A. WALKER

CASE NO: cv203-41
DATE SERVED: 8/23/05
SERVED BY: Nita Rose

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate