IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM MADISON HOWELL,

    Plaintiff,

vs.    CIVIL ACTION NO.: CV203-041

Capt. JAMES PROCTOR,

    Defendant.

## ORDER

Plaintiff has filed a Motion to Compel Discovery (Doc. 80) seeking an Order directing Defendant to produce for inspection and copying the documents requested by Plaintiff in his Request for Production of documents. Defendant has filed a response stating that, following a search, the requested copies have been located and served upon Plaintiff. Based upon that representation, Plaintiff's Motion to Compel is **DENIED**.

**SO ORDERED**, this 27th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)