# United States District Court
## Southern District of Georgia

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

3:30 M.
2-6-20 06

Deputy Clerk

| WILLIAM MADISON HOWELL | Case No. CV203-041 |
|---|---|
| Plaintiff | |
| v. | Appearing on behalf of |
| CAPT. JAMES PROCTOR | DEFENDANT, JAMES PROCTOR |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of February, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** ANGELA M. HURLEY

**Business Address:** SWIFT, CURRIE, MCGHEE & HIERS, LLP
Firm/Business Name

1355 PEACHTREE STREET, N.E., SUITE 300
Street Address

ATLANTA    GA    30309
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City, State, Zip
404-874-8800    379579
Telephone Number (w/ area code)    Georgia Bar Number